No. 88–515.  SABLE COMMUNICATIONS OF CALIFORNIA, INC. *v.* FEDERAL COMMUNICATIONS COMMISSION ET AL.; and

No. 88–525.  FEDERAL COMMUNICATIONS COMMISSION ET AL. *v.* SABLE COMMUNICATIONS OF CALIFORNIA, INC.  Appeals from D. C. C. D. Cal.  Probable jurisdiction noted, cases consolidated, and a total of one hour allotted for oral argument.

No. 88–605.  WEBSTER, ATTORNEY GENERAL OF MISSOURI, ET AL. *v.* REPRODUCTIVE HEALTH SERVICES ET AL.  Appeal from C. A. 8th Cir.  Probable jurisdiction noted.

No. 88–348.  NEW ORLEANS PUBLIC SERVICE INC. *v.* COUNCIL OF THE CITY OF NEW ORLEANS ET AL.  C. A. 5th Cir.  Certiorari granted.

No. 88–412.  HOFFMAN, TRUSTEE *v.* CONNECTICUT DEPARTMENT OF INCOME MAINTENANCE ET AL.  C. A. 2d Cir.  Certiorari granted.

No. 88–774.  NEWMAN-GREEN, INC. *v.* ALFONZO-LARRAIN ET AL.  C. A. 7th Cir.  Certiorari granted.

No. 88–782.  UNITED STATES DEPARTMENT OF JUSTICE *v.* TAX ANALYSTS.  C. A. D. C. Cir.  Certiorari granted.

No. 88–333.  ALABAMA *v.* SMITH.  Sup. Ct. Ala.  Motion of respondent for leave to proceed *in forma pauperis* granted.  Certiorari granted.

No. 88–420.  JONES, SUPERINTENDENT, MISSOURI TRAINING CENTER FOR MEN AT MOBERLY *v.* THOMAS.  C. A. 8th Cir.  Motion of respondent for leave to proceed *in forma pauperis* granted. Certiorari granted.